**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term
Grand Jury Sworn in on May 7, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CRIMINAL NO.:** |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| OTUOKERE SUNDAY, | ) | 18 U.S.C. § 1349 |
|    also known as "Hulac Yun," | ) | (Conspiracy to Commit Bank Fraud and |
|    also known as "Charles Quartz," | ) | Wire Fraud) |
| SAMANTHA ALMODOVAR, and | ) | |
| ARDARARI BYAS, | ) | 18 U.S.C. § 371 |
| | ) | (Conspiracy to Commit Identity Theft and |
|        Defendants | ) | Computer Fraud) |
| | ) | |
| | ) | 18 U.S.C. § 1343 |
| | ) | (Wire Fraud) |
| | ) | |
| | ) | 18 U.S.C. § 1956 |
| | ) | (Conspiracy to Commit Money Laundering) |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | (Aiding and Abetting) |
| | ) | |
| | ) | 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A) |
| | ) | (Forfeiture) |
| | ) | |
| | ) | **Filed Under Seal** |

**INDICTMENT**

The Grand Jury charges that:

**GENERAL ALLEGATIONS**

At all times material to this Indictment,

    1.    Defendants **OTUOKERE SUNDAY**, **SAMANTHA ALMODOVAR**, and **ARDARARI BYAS**, and others known and unknown to the grand jury (hereinafter referred to collectively as the "Conspirators"), engaged in a criminal conspiracy to engage in widespread

fraud against college employees, college students, banks, and other businesses (such as health care systems) in the District of Colombia and elsewhere and to engage in widespread intrusions into computers in the District of Columbia and elsewhere.  Between at least May 21, 2013 and June 14, 2014, the Conspirators sent phishing emails to employees of at least fifteen universities and three health care systems.  During this time, the Conspirators defrauded at least fifty employees into providing the Conspirators with their payroll usernames and passwords.  The Conspirators then gained unauthorized access ("hacked") into the victims' payroll accounts and redirected the victims' paychecks to other witting and unwitting members of the conspiracy (hereinafter known as "mules").  The mules then wired the proceeds of the hacking and fraud scheme to other mules in China, who then wired the proceeds to members of the conspiracy in Nigeria.

2. Defendant **OTUOKERE SUNDAY** ("**SUNDAY**"), also known as "Hulac Yun," also known as "Charles Quartz," was a citizen and resident of Nigeria.  **SUNDAY** controlled and used the email accounts hulacyun1@gmail.com, hulacyun@yahoo.com, and charlesquartz@ymail.com.

3. Defendant **SAMANTHA ALMODOVAR** ("**ALMODOVAR**") was an American citizen residing in New Mexico and studying at the University of New Mexico.  **ALMODOVAR** controlled and used the email accounts salmodovar@unm.edu and almodovar686@yahoo.com and the bank account ending in 8520 at New Mexico Educators Federal Credit Union and the account ending in 1878 at Wells Fargo Bank.

4. Defendant **ARDARARI BYAS** ("**BYAS**") was an American citizen residing in Chicago, Illinois and studying at Southern Illinois University.  **BYAS** controlled and used the email accounts g.byas@yahoo.com, raribyas@gmail.com, and raribyas@siu.edu.  **BYAS** also controlled and used the Bank of America account ending in 5298.

5. Mule J.W. was a resident of China.

6. Mule Q.L. was a resident of China.

7. Mule M.M. was an American citizen and a student at the University of New Mexico. Mule M.M. controlled and used an email account known to the grand jury and a bank account at Kirkland Federal Credit Union bank ending in 7890.

8. American University was a university located in Washington, D.C. The computers where the American University portal website was housed, including login screens to the payroll systems, were also located in Washington, D.C.

9. Georgetown University was a university located in Washington, D.C.

10. Victim A.W. was a resident of the District of Colombia working at Georgetown University.

11. Victim R.G. was an employee of Georgetown University working in Washington, D.C.

12. Bank of America was a financial institution in the District of Columbia and elsewhere, the accounts and deposits of which were insured by the Federal Deposit Insurance Corporation. Bank of America was an organization whose normal activities took place in interstate and foreign commerce and which had an effect on interstate and foreign commerce.

13. Kirkland Federal Credit Union was a financial institution in the District of Columbia and elsewhere, the accounts and deposits of which were insured by the Federal Deposit Insurance Corporation. Kirkland Federal Credit Union was an organization whose normal activities took place in interstate and foreign commerce and which had an effect on interstate and foreign commerce.

14. New Mexico Educators Federal Credit Union was a financial institution in the District of Columbia and elsewhere, the accounts and deposits of which were insured by the Federal Deposit Insurance Corporation. New Mexico Educators Federal Credit Union was an organization whose normal activities took place in interstate and foreign commerce and which had an effect on interstate and foreign commerce.

15. Wells Fargo Bank was a financial institution in the District of Columbia and elsewhere, the accounts and deposits of which were insured by the Federal Deposit Insurance Corporation. Wells Fargo Bank was an organization whose normal activities took place in interstate and foreign commerce and which had an effect on interstate and foreign commerce.

16. A "scam page" is a fraudulent website designed to look like a real login screen for a legitimate entity, but instead of logging the victim in to the real website, the scam page collects or harvests the victim's username and password for use by others.

17. A "phish" is an email that appears to be from a trustworthy source but is actually from someone trying to fraudulently obtain information, such as login credentials, from the recipient.

*Object of the Conspiracy*

18. It was the object of the conspiracy for defendants **SUNDAY**, **ALMODOVAR**, and **BYAS**, and their co-conspirators, to unlawfully enrich themselves by fraudulently obtaining login credentials related to victims' payroll accounts, hacking into victims' payroll accounts using those fraudulently-obtained login credentials, and redirecting the victims' paychecks to members of the conspiracy. Some of the proceeds were sent to **SUNDAY**, **ALMODOVAR**, and **BYAS**.

*Manner and Means of the Conspiracy*

19.     The object of the conspiracy was to be accomplished by the following manner and means:

20.     It was part of the conspiracy that defendants **SUNDAY**, **ALMODOVAR**, and **BYAS** and other members of the conspiracy, would conspire and collaborate to create and cause to be created fake login screens for different pay roll systems, that is, scam pages. These scam pages were designed to collect a victim's username and password to the victim's payroll system.

21.     It was part of the conspiracy that defendant **SUNDAY**, **ALMODOVAR**, and **BYAS** and other members of the conspiracy, would conspire and collaborate to email college students with offers of employment. As part of that purported employment, these students, known as "mules," would then be induced to give members of the conspiracy the details of their personal bank accounts, which would be used to send and receive proceeds from the hacking and fraud scheme. Some mules, including defendants **ALMODOVAR** and **BYAS**, knew that they were participating in a fraud scheme and aided and abetted the fraud scheme. Some mules, including defendants **ALMODOVAR** and **BYAS**, conducted activities intended to hide the fraud or to continue the fraud after some kind of disruption. For example, some mules, such as **ALMODOVAR**, would open new bank accounts to use in the conspiracy when a previous account was closed by the bank for apparent fraud or would send money using a different wire service when one wire service would no longer accept wire transfers from the mule or to another member of the conspiracy.

22.     It was part of the conspiracy that defendants **SUNDAY**, **ALMODOVAR**, and **BYAS** and other members of the conspiracy, would conspire and collaborate to email college and business employees (such as health care system employees) with phishing emails asking the

victims to log into their payroll accounts. Links in the email would direct the victims to the scam pages, which – when the victims followed the phishing emails' instructions – would capture the victims' login credentials. Between May 2013 and at least June 14, 2014, the Conspirators targeted employees at American University and Georgetown University, which are located in the District of Columbia, and other universities including Case Western Reserve University, Duke University, and the University of Arizona.

23. It was part of the conspiracy that defendants **SUNDAY**, **ALMODOVAR**, and **BYAS** and other members of the conspiracy would conspire and collaborate to hack into the victims' payroll accounts using the victims' stolen login credentials, and redirect future paychecks to the bank accounts of **ALMODOVAR**, **BYAS**, and other mules.

24. It was part of the conspiracy that defendants **SUNDAY**, **ALMODOVAR**, and **BYAS**, and other members of the conspiracy, would conspire and collaborate to wire the proceeds of the hacking and fraud scheme from the bank accounts that they controlled to mules in China, who would then wire the proceeds of the hack to members of the conspiracy in Nigeria, including **SUNDAY**.

*Overt Acts*

25. In order to accomplish the objects of the conspiracy, defendants **SUNDAY**, **ALMODOVAR**, and **BYAS**, and other members of the conspiracy, committed and caused to be committed the following overt acts, among others, in the District of Columbia and elsewhere:

26. On or about September 25, 2013, **SUNDAY** created or directed the creation of an email account used in the scheme, hulacyun1@gmail.com.

27. On or about October 9, 2013, **BYAS** emailed a co-conspirator her bank name, bank address, bank account, and routing number for the Bank of America bank account ending in 5298.

28. On or about October 13, 2013, a co-conspirator emailed **SUNDAY** a list of mules' names and banking information, including **BYAS** and the Bank of America bank account ending in 5298.

29. Between on or about October 31, 2013 and on or about November 2, 2013, **BYAS** repeatedly confirmed the specifics of her bank account to a co-conspirator.

30. On or about November 1 and again on or about November 6, 2013, that co-conspirator passed **BYAS's** account information to **SUNDAY**.

31. On or about November 5, 2013, **ALMODOVAR** replied to an email from **SUNDAY**, expressing interest in a job as "a part time book keeper/ funds processor."

32. On or about November 6, 2013, **SUNDAY** emailed **ALMODOVAR** asking for her bank information and a copy of an ID.

33. **ALMODOVAR** then sent **SUNDAY** an e-mail with her bank information and a copy of her student ID card.

34. On or about April 12, 2014, **SUNDAY** searched for "Your Salary Raise phishing" on the web.

*American University Payroll Hacks*

35. On or about July 11, 2013, **SUNDAY** directed a co-conspirator to make a fraudulent login page for American University's payroll system that would collect usernames and passwords.

36. On or about July 31, 2013, **SUNDAY** texted instructions to Mule M.M. to check Mule M.M.'s bank account for a deposit.

37. On or about July 31, 2013, Mule M.M. received $5,001.81 from American University into Mule M.M.'s Kirkland Federal Credit Union account ending in 7890.

38. On or about July 31, 2013, Mule M.M. then wired $4,000 to Mule J.W. in China using Western Union.

39. On or about July 31, 2013, Mule M.M. then texted **SUNDAY** the Western Union tracking information.

40. On or about August 1, 2013, Mule J.W. received the $4,000 in China from Western Union.

41. On or about August 2, 2013, Mule J.W. used Western Union to wire $3,200 from Guangxi, China to **SUNDAY** in Nigeria.

42. On or about August 2, 2013 **SUNDAY** picked up the $3,200 in Port Harcourt, Nigeria.

43. On or about August 6, 2013, **SUNDAY** asked a co-conspirator to teach **SUNDAY** how to make a fraudulent login page that would collect usernames and passwords for American University's payroll system.

44. On or about August 30, 2013, Mule M.M. received a direct deposit for $5,001.81 from American University into Mule M.M.'s Kirkland Federal Credit Union account ending in 7890.

45. On or about August 30, 2013, Mule M.M. then wired $4,200 to Mule J.W. in China using Western Union.

46. On or about August 30, 2013, Mule M.M. then texted **SUNDAY** her name followed by "4,200."

47. On or about August 31, 2013, Mule J.W. received the $4,200 wire in China.

48. On or about August 31, 2013, approximately twenty minutes later, Mule J.W. wired $3,400 from Guangxi, China to **SUNDAY** in Nigeria using Western Union.

49. On or about August 31, 2013 **SUNDAY** picked up the $3,400 in Port Harcourt, Nigeria.

50. On or about November 9, 2013, **SUNDAY** searched the web for "american.edu direct deposit phishing" and "american.edu phishing."

*Georgetown University Payroll Hack*

51. On or about October 3, 2013, **SUNDAY** searched the internet for "georgetown.edu Outlook Web Access," and "georgetown.edu employee email Access."

52. On or about October 3, 2013, **SUNDAY** directed a co-conspirator to set up a fraudulent login page that would collect usernames and passwords for Georgetown University's payroll system. **SUNDAY** instructed the co-conspirator to use the subject line "georgetown rezultz" in the emails that contained the usernames and passwords collected by the fraudulent login page.

53. On or about October 3, 2013, in Washington, D.C., Victims A.W. and R.G. connected to the fraudulent login page and entered the usernames and passwords for their Georgetown University payroll accounts.

54. On or about October 3, 2013, between 7:50 a.m. and 9:50 a.m., **SUNDAY** received four emails, titled "georgetown rezultz," each containing the usernames and passwords for Georgetown University payroll accounts, including those of Victims A.W. and R.G.

55. On or about October 3, 2013, between 8:30 a.m. and 11:15 a.m., all four Georgetown University payroll accounts listed in the emails were accessed from an IP address in Nigeria.

56. On or about October 16, 2013, the direct deposit information on Victim A.W.'s payroll account was changed to send future paychecks to **BYAS's** Bank of America bank account ending in 5298.

57. On or about October 30, 2013, **SUNDAY** searched for "georgetown.edu direct deposit phishing alert" on the web.

58. On or about November 2, 2013, **SUNDAY** received emails from an unknown co-conspirator containing the username, password, and IP addresses of three Georgetown University employee victims, including Victim R.G.

59. On or about November 3, 2013, the direct deposit information on Victim R.G.'s payroll account was changed to send future paychecks to **BYAS's** Bank of America Account ending in 5298.

60. On or about November 8, 2013, **SUNDAY** searched for "georgetown.edu direct deposit phishing" on the web.

61. On or about January 19, 2014, **SUNDAY** searched for "georgetown.edu phishing direct deposit" on the web.

*University of Arizona Payroll Hack*

62. Between on or about October 31, 2013 and on or about November 2, 2013, **SUNDAY** and at least one other co-conspirator texted about setting up a fraudulent login page that would collect usernames and passwords for the University of Arizona's payroll system.

63. On or about November 2, 2013, **SUNDAY** received nineteen emails from a co-conspirator containing the usernames and passwords of employees at the University of Arizona.

64. On or about November 5, 2013, **SUNDAY** received the username and password of sixteen employees at the University of Arizona, including Victim G.H.

65. On or about November 15, 2013, **BYAS** received a direct deposit from the University of Arizona of $7,349.35 into **BYAS's** Bank of America bank account ending in 5298.

66. A co-conspirator then directed **BYAS** to withdraw $5,000 and wire it to Mule Q.L. in China, and then go to a different Western Union and wire $1,340 to a different mule in China.

67. **BYAS** then used Western Union to wire $5,000 to Mule Q.L. in China and $1,340 to another mule in China.

68. On or about November 15, 2013, **ALMODOVAR** received $4,131.12 from the University of Arizona (that was intended to pay Victim G.H.) into **ALMODOVAR's** New Mexico Educators FCU bank account ending in 8520.

69. **ALMODOVAR** withdrew $3,000.00 in cash and wired it to a mule in China.

*Duke University Payroll Hack*

70. Between on or about November 18 and on or about November 24, 2013, **SUNDAY** and other co-conspirators exchanged numerous texts about setting up a fraudulent login page that would collect usernames and passwords for Duke University's payroll system.

71. On or about December 23, 2013, **ALMODOVAR** received a direct deposit from Duke University (that was intended to pay Victim D.B.) for $10,851.42 in her New Mexico Educators FCU account ending in 8520.

72. That day, **ALMODOVAR** withdrew $4,800.00 in cash, which she sent to a mule in China.

73. **ALMODOVAR** then made four cash withdrawals totaling $4,900.00, most of which she then wired to another mule in China.

74. On or about December 23, 2013, **BYAS** received a direct deposit from Duke University for $12,496.20 in her Bank of America account ending in 5298. **BYAS** kept the deposit for herself.

75. On or about March 9, 2014, **SUNDAY** searched for "duke.edu direct deposit phishing alert" on the web.

*Case Western Reserve University Payroll Hack*

76. On or about February 27, 2014, **ALMODOVAR** opened a new bank account, ending in 1878, with Wells Fargo Bank after New Mexico Educators Federal Credit Union placed a hold on **ALMODOVAR's** account ending in 8520.

77. On or about March 31, 2014, **ALMODOVAR** received a direct deposit for $10,218.68 intended for Victim J.W. from Case Western Reserve University ("CWRU") into her Wells Fargo Bank account ending in 1878.

78. Following the deposit, **ALMODOVAR** made three cash withdrawals totaling $8,200.

79. **ALMODOVAR** attempted a wire transfer via Western Union for $4,000.00, which did not go through.

80. **ALMODOVAR** then used MoneyGram to send two $2,000.00 wire transfers to a mule in China.

81. On or about April 2, 2014, **ALMODOVAR** received another direct deposit from CWRU for $2,226.03 that was intended to pay Victim J.W. into **ALMODOVAR's** Wells Fargo Bank account ending in 1878.

82. On or about April 4, 2014, **ALMODOVAR** received a direct deposit for $567.12 from CWRU that was intended to pay Victim J.W. into **ALMODOVAR's** Wells Fargo Bank account ending in 1878.

## COUNT ONE
### (Conspiracy to Commit Wire Fraud and Bank Fraud)

83. The allegations set forth in paragraphs 1 through 82 of the Indictment are re-alleged and incorporated as set forth herein.

84. Beginning on a date in or before May 2013, and continuing through at least June 14, 2014, in the District of Columbia and elsewhere, the defendants **OTUOKERE SUNDAY**, **SAMANTHA ALMODOVAR**, and **ARDARARI BYAS**, and their co-conspirators, did knowingly and willfully conspire with each other and with others known and unknown to the Grand Jury, to violate the following sections of the United States Code:

   a. Wire fraud: that is, having devised or intended to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses representations, and promises, transmits or causes to be transmitted in interstate and foreign commerce certain wire communications for the purpose of executing the scheme and artifice, in violation of Title 18, United States Code, Section 1343;

   b. Bank fraud: that is, to knowingly execute or attempt to execute a scheme and artifice to obtain funds under the custody and control of financial institutions by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

(All in violation of Title 18, United States Code, Sections 1349)

## COUNT TWO
**(Conspiracy to Commit Computer Fraud and Identity Theft)**

85. The allegations set forth in paragraphs 1 through 82 of the Indictment are re-alleged and incorporated as set forth herein.

86. Beginning on a date in or before May 2013, and continuing through at least June 14, 2014, in the District of Columbia and elsewhere, the defendants **OTUOKERE SUNDAY**, **SAMANTHA ALMODOVAR**, and **ARDARARI BYAS**, and their co-conspirators, did knowingly and willfully conspire with each other and with others known and unknown to the Grand Jury, to commit offenses against the United States as follows:

   a. Computer Fraud: That is, to knowingly access a computer without authorization and exceed authorized access to a computer, and to obtain thereby information from a protected computer, where the value of the information obtained exceeded $5,000, in violation of Title 18, United States Code, Sections 1030(a)(2)(C) and 1030(c)(2)(B);

   b. Identity Theft: that is, to possess, transfer, and use in or affecting interstate or foreign commerce, without lawful authority, the means of identification of another person with the intent to commit, or to aid or abet or in connection with unlawful activities that constitute violations of Federal law, or that constitute felonies under State or local law, that is, violations of Title 18, United States Code, Sections 1343 (Wire Fraud) and 1344 (Bank Fraud), all in violation of Section 1028(a)(7), Title 18, United States Code; and,

   c. Aggravated Identity Theft: that is, to possess, transfer, and use in or affecting interstate or foreign commerce, without lawful authority, the means of identification of another person with the intent to commit, or to aid or abet or in connection with unlawful activities that constitute violations of Title 18, United States Code, Sections 1343 (Wire

Fraud) and 1344 (Bank Fraud), all in violation of Section 1028A, Title 18, United States Code.

(All in violation of Title 18, United States Code, Sections 371 and 2.)

## COUNTS THREE AND FOUR
### (Wire Fraud)

87. The allegations set forth in paragraphs 1 through 82 of the Indictment are re-alleged and incorporated as set forth herein.

88. That from in or about May 2013, and continuing until at least June 14, 2014, in the District of Columbia and elsewhere, defendants, **OTUOKERE SUNDAY**, **SAMANTHA ALMODOVAR**, and **ARDARARI BYAS**, devised and intended to devise, and aided and abetted others in devising, a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises.

89. On or about the dates specified below, in the District of Columbia and elsewhere, defendants **SUNDAY**, **ALMODOVAR**, **BYAS**, for the purpose of executing the scheme and artifice to defraud, and attempting to do so, did transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, the writings, signs and signals further described below on or about the dates specified:

| *Count Number* | *Date* | *Location* | *Description* |
|---|---|---|---|
| 3 | October 3, 2013 | District of Columbia | Victim A.W. entered payroll username and password into a fraudulent login page that would collect usernames and passwords |
| 4 | October 3, 2013 | District of Columbia | Victim R.G. entered payroll username and password into a fraudulent login page that would collect usernames and passwords |

(All in violation of Title 18, United States Code, Sections 1343 and 2.)

## COUNT FIVE
**(Conspiracy to Commit Money Laundering)**

90. The allegations set forth in paragraphs 1 through 82 of the Indictment are re-alleged and incorporated as set forth herein.

91. Beginning in at least May 2013, and continuing until at least June 14, 2014, in the District of Columbia and elsewhere, defendants **OTUOKERE SUNDAY**, **SAMANTHA ALMODOVAR**, and **ARDARARI BYAS**, did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, that is, that the defendants transported, transmitted, or transferred, or attempted to transport, transmit, or transfer, a monetary instrument or funds from a place in the United States to or through a place outside the United States or to a place in the United States from or through a place outside the United States,

and that the defendant did so with the intent to promote the carrying on of specified unlawful activity, that is, violations of Title 18, United States Code, Sections 1343 (Wire Fraud) and 1344 (Bank Fraud), all in violation of Title 18, United States Code, Section 1956(a)(2).

(All in violation of Sections 1956(h) and 2, Title 18, United States Code.)

## NOTICE OF FORFEITURE

Upon conviction of the offenses in violation of Title 18, United States Code, Sections 371 (conspiracy to violate sections 1028 and 1030), 1343, 1344, 1349 (conspiracy to violate sections 1343 and 1344), and 1956 set forth in Counts One through Five of this Indictment, each defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A) and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations.  If any such property, as a result of any act or omission of the defendant:

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or
5. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(Criminal Forfeiture, pursuant to Title 18, United States Code, Sections 981(a)(1), 982(a)(2)(A), and 28 U.S.C. § 2461(c) and Rule 32.2(a) of the Federal Rules of Criminal Procedure.)

A TRUE BILL

_____
Foreperson

_Jessie K. Liu / JPH_
JESSIE K. LIU
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA